UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID BUSTILLOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:13-CV-1473-G |
| COMMERCIAL RECOVERY SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Plaintiff David Bustillos ("plaintiff"), by and through his counsel, Fredrick Schulman & Associates, has filed a motion to transfer venue (docket entry 7) requesting an order to transfer venue from the United States District Court for the Northern District of Texas, to the United State District Court for the Southern District of Florida, pursuant to 28 U.S.C. §1404(a).

Having reviewed the motion, having been advised that defendant Commercial Recovery Systems, Inc. has not been served at this time, and an answer has not been submitted, the court finds that the interest of justice and the convenience of the

parties will best be served by transferring this case to the United States District Court for the Southern District of Florida.

Accordingly, the motion to transfer venue is **GRANTED**.  This case is hereby **TRANSFERRED** to the **United States District Court for the Southern District of Florida**.  The clerk of the court shall take whatever steps are necessary to expeditiously effect the transfer of this case directly to the United States District Court for the Southern District of Florida.

**SO ORDERED**.

April 30, 2013.

_____
**A. JOE FISH**
**Senior United States District Judge**